Jason Treguboff 028011
FAITH, LEDYARD & FAITH, PLC
919 North Dysart Road, Suite F
Avondale, AZ 85323
Phone: (623) 932-0430
Fax: (623) 932-1610
jtreguboff@faithlaw.com

*Attorney for Debtors*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>STACEY UNDERWOOD, and STACIE RAE UNDERWOOD,<br><br>Debtors. | Chapter 13<br><br>Case No. 2:18-bk-05478-BKM<br><br>EX PARTE MOTION TO APPROVE MOTOR VEHICLE PURCHASE |

Debtors, through counsel undersigned and pursuant to local rule 2084-25(b), apply to this Court for an order approving Debtors' purchase of a motor vehicle. Debtors surrendered the 2011 Chrysler 200 and need to secure reliable transportation for work. Debtors have located a replacement vehicle and propose to finance said replacement. In support of the motion, Debtors state as follows:

1. Debtors filed for relief under Chapter 13 of the Bankruptcy Code on May 15, 2018.

2. Debtors' Chapter 13 Plan was confirmed on October 29, 2018. (ECF 26).

3. Debtors' First Modified Chapter 13 Plan was confirmed on January 3, 2020. (ECF 49).

4. Debtors propose to purchase a 2020 Jeep Renegade (or substantially similar vehicle) hereinafter "the Vehicle" for a purchase price not to exceed $27,000.00.

5. Larry H. Miller Chrysler Jeep Avondale has arranged financing of $606.22 per month over 72 months. A purchase estimate is attached as Exhibit A.

6. The Vehicle will replace Debtors' 2011 Chrysler 200 which was surrendered to Wheels Financial Group in the modified plan filed.

7. Debtors have provided income verification to the case trustee showing Debtors' ability to fund all future Plan payments, their projected living expenses and repay this new debt.

8. This new debt is a single loan to purchase a motor vehicle that is necessary for Debtors' maintenance and support and is for a reasonable amount.

WHEREFORE, Debtors respectfully request that this Court enter an order approving this motion, as set forth above and for such other relief as appropriate.

DATE: March 20, 2020            FAITH, LEDYARD & FAITH, PLC

By: */s/ Jason S. Treguboff - 028011*
     Jason S. Treguboff
     Attorney for Debtors

Copy of the foregoing
electronically mailed or mailed
via first class U.S. Mail on
March 20, 2020 to:

Edward J. Maney
Chapter 13 Trustee
101 N. First Avenue, Suite 1775
Phoenix, AZ 85003

United States Trustee, USTPRegion14.PX.ECF@usdoj.gov

By: */s/ Jason S. Treguboff*
     Jason S. Treguboff