

ORDERED ACCORDINGLY.

Dated: March 20, 2020

Brenda K. Martin, Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 |
|---|---|
| STACEY UNDERWOOD, and STACIE RAE UNDERWOOD, | Case No. 2:18-bk-05478-BKM STIPULATED ORDER APPROVING PURCHASE OF A MOTOR VEHICLE |
| Debtors. | |

THIS MATTER having come before the Court on Debtors' Ex Parte Motion to Approve Vehicle Purchase, the Chapter 13 having no objection to the Motion, good cause appearing and the Court having considered same;

IT IS HEREBY ORDERED authorizing Debtors to finance the purchase of a vehicle in accordance with the following terms:

1. The monthly finance payment for the replacement vehicle shall not exceed of $662.10;
2. The purchase price shall not exceed $27,000.00; and
3. Debtors shall submit to the Trustee the final Motor Vehicle Retail Installment Sales Contract within ten (10) days of the purchase.

**ORDER SIGNED AND DATED ABOVE**

. . .

-1-

APPROVED AS TO FORM AND CONTENT BY:

FAITH, LEDYARD & FAITH PLC                    EDWARD J. MANEY

By: /s/Jason S. Treguboff - 028011            By: _____
    Jason S. Treguboff                            Edward J. Maney, Trustee
    919 North Dysart Road, Suite F                101 N. First Ave., Suite 1775
    Avondale, AZ 85323                            Phoenix AZ 85003
    *Attorney for Debtors*                        *Standing Chapter 13 Trustee*

Case 2:18-bk-05478-BKM    Doc 59    Filed 03/20/20    Entered 03/23/20 08:59:34    Desc
Main Document    Page 2 of 2